92 A.3d 808

**William ROBINSON, Petitioner**

v.

**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, Respondent.**

**No. 33 EM 2014.**

Supreme Court of Pennsylvania.

May 29, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2014, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to adjudicate Petitioner's pending petition within 90 days of this order.